UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROCHELLY BAEZ

                  Plaintiff,                  Docket No.:
       v.                                               11cv9493(RJS)

SOIGNEE K. LLC, INDIAN FASHION HOUSE,
LLC and SOIGNÉ KOTHARI,

                  Defendants,

-----------------------------------------------------------------X

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD AND STAY PROCEEDINGS

PLEASE TAKE NOTICE that, upon the annexed Declaration of Sara R. David, Esq. in Support of Motion to Withdraw as Counsel and Stay Proceedings, dated June 11, 2012, Sara R. David, Esq. and Cuomo LLC, attorneys of record for Plaintiff Rochelly Baez ("Plaintiff"), will move this Court, Honorable Richard J. Sullivan presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order permitting their withdraw as counsel of record on behalf of Plaintiff and staying this action for sixty (60) days to allow Plaintiff to retain replacement counsel, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the discretion of the Court, and for such other relief as the Court deems just and appropriate under the circumstances.

Dated:  New York, New York
          June 11, 2012

                                                CUOMO LLC

                               By: _____
                                       SARA R. DAVID, ESQ.
                                       Attorneys for Plaintiff

Case 1:11-cv-09493-RJS   Document 19   Filed 06/13/12   Page 2 of 2

9 East 38th Street  
New York, NY 10016  
(212) 448-9933

TO: Patrick Papalia, Esq.  
Kim Capadona, Esq.  
Archer & Greiner, P.C.  
21 Main Street, Suite 353  
Court Plaza South, West Wing  
Hackensack, NJ 07601  
201-342-6000