UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROCHELLY BAEZ,                                                    11-civ-9493(RJS)

        Plaintiff

  v.                                                              **NOTICE OF APPEARANCE**

SOIGNEE K. LLC; INDIAN FASHION HOUSE,
LLC; and SOIGNEE KOTHARI,

        Defendants.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** and enter the appearance of Julie Milner, Milner Law Office, PLLC, as counsel in this case on behalf of the plaintiff, Rochelly Baez.

Dated: Queens, New York
       August 20, 2012

By: _____
JULIE MILNER

Julie Milner (JM1227)
MILNER LAW OFFICE, PLLC
8302A Broadway – Third Floor Suite
Elmhurst, NY 11373
(718) 766-5242
Julie.Milner.law@gmail.com