UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLY BAEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>SOIGNEE K. LLC, INDIAN FASHION HOUSE, LLC and SOIGNE KOTHARI,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 11 CIV 9493 (RJS)<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the above entitled action is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

| | |
|---|---|
| **MILNER LAW OFFICE, PLLC**<br>Attorneys for Plaintiff<br>8302A Broadway, Third Floor Suite<br>Elmhurst, NY 11373 | **ARCHER & GREINER, P.C.**<br>Attorneys for Defendants<br>Court Plaza South, West Wing<br>21 Main Street, Suite 353<br>Hackensack, New Jersey 07601 |
| By:  s/Julie M. Milner<br>　　　　Julie M. Milner | By:  s/Patrick Papalia<br>　　　　Patrick Papalia |
| Dated: November 13, 2012 | Dated: November 29, 2012 |

9122689v1