# Archer&Greiner P.C.
### ATTORNEYS AT LAW

**Patrick Papalia**
*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
Member of New Jersey, New York and
Washington DC Bars*
ppapalia@archerlaw.com
201-498-8504 Direct

21 Main Street, Suite 353
Court Plaza S. West Wing
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

# MEMO ENDORSED

December 3, 2012

**VIA EMAIL**
(sullivannysdchambers@nysd.uscourts.gov)
The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/202
```

    Re:  Baez v. Soignee K, LLC, et al.
         **Docket No. 11-CIV-9493**

Dear Judge Sullivan:

This firm represents defendants, Soignee K. LLC, Indian Fashion House, LLC and Soigne Kothari (collectively, "defendants"), in the above-referenced matter. A fairness hearing is currently scheduled to be heard before Your Honor on December 21, 2012. This letter is to respectfully request a brief adjournment of this hearing as my firm has its annual holiday party on this date. Julie Milner, Esq., counsel for plaintiff, has consented to an adjournment of the hearing.

Thank you for your consideration of this request.

Respectfully yours,

ARCHER & GREINER
A Professional Corporation

By: _____
    Patrick Papalia

cc:  Julie Milner, Esq. (via email)

```
The request is granted.  The fairness
hearing is adjourned to January 4, 2013,
at 9:30 a.m.
```

SO ORDERED
Dated: 12/3/12
RICHARD J. SULLIVAN
U.S.D.J.

Haddonfield, NJ • Philadelphia, PA • Hackensack, NJ • Princeton, NJ
Flemington, NJ • Wilmington, DE • Shrewsbury, NJ • Georgetown, DE • New York, NY