UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-13
```

ROCHELLY BAEZ,

                   Plaintiff,

-v-

SOIGNEE K. LLC, *et al.*,

                   Defendant.

No. 11 Civ. 9493 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

On January 4, 2013, the Court held a conference to determine the fairness of the settlement reached by the parties as to Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* As stated on the record at the conference, having considered the claims at issue in this litigation and the terms of the proposed settlement, the Court is satisfied that the settlement agreement is fair and equitable in light of the costs and stress of litigation as well as the uncertainty of success at trial. Accordingly, the case is dismissed with prejudice. The Court shall retain jurisdiction over the case for purposes of overseeing the settlement. The Clerk of the Court is respectfully directed to file the settlement agreement under seal and close this case.

SO ORDERED.

Dated:      January 4, 2013
              New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE